IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| AIMEE OLTHOFF, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-03068-MWB |
| | ) | |
| v. | ) | Judge Bennett |
| | ) | Magistrate Judge Zoss |
| LVNV FUNDING, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO SETTLEMENT**

NOW COMES the Plaintiff, AIMEE OLTHOFF, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

Respectfully submitted,
**AIMEE OLTHOFF**

By: __s/ David Steen__
Attorney for Plaintiff

Dated: February 15, 2012

1

David J. Steen  (AT0009574)
LARRY P. SMITH & ASSOCIATES, LTD.
614 East Street
Hartford, IA  50118
Direct Dial:   (515) 418-9321
Facsimile:     (888) 418-1277
E-Mail:        dsteen@smithlaw.us